IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV125-MU

| | |
|---|---|
| YVONNE SANDERS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVCO TRAVELERS )<br>MANAGEMENT CORPORATION, d/b/a )<br>HAMPTON INN, a corporation, )<br>)<br>    Defendant. )<br>_____) | ORDER |

    This matter is before the court upon its own motion. The Complaint in this case was filed on March 17, 2004. Summons was issued, but a return of service was never filed. Plaintiff's attorney withdrew from the case on November 29, 2004, and on January 11, 2005 Plaintiff moved to stay the case to find legal counsel. Since that date, no action has been taken in the case. Accordingly,

    IT IS THEREFORE ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**Signed: September 15, 2005**

Graham C. Mullen
Chief United States District Judge