# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Yvonne Sanders,

    Plaintiff(s),

vs.

Travco Travelers Management Corporation,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-125-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2005 Order.

**Signed: September 16, 2005**

Frank G. Johns, Clerk
United States District Court